1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD TULLY, ) | CASE NO. 3:18-cv-04763-EMC |
| Petitioner, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | Honorable Edward M. Chen |
| RONALD DAVIS, Warden of San ) Quentin State Prison, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

17    Petitioner Richard Tully, by and through counsel, has provided notice that his

18  death sentence has been vacated and that he has been resentenced to a non-capital term of

19  31 years to life in prison.  Doc #67.  Respondent sought this resentencing pursuant to an

20  agreement with Petitioner.  *Id.*  As part of the agreement, petitioner agreed to withdraw all

21  pending habeas claims and petitions.

22    Pursuant to Federal Rule of Civil Procedure 41(a)(2), on November 15, 2024,

23  petitioner filed a Motion to Voluntarily Dismiss His Petition for Writ of Habeas Corpus

24  Petition.  Doc #68.

25    It is **ORDERED** that

26    1.    The petition for writ of habeas corpus (Doc #26) is DISMISSED,

27    2.    Any and all pending motions are DENIED as MOOT,

28    3.    Any and all scheduled dates are VACATED, and

1

1    4.    The Clerk is DIRECTED to close this case because this order terminates the

2  proceeding in its entirety.

3    **IT IS SO ORDERED.**

4

5  Dated: January 7, 2025                               Respectfully submitted,

6

7

8                                                    _____
                                                     HONORABLE EDWARD M. CHEN
9                                                    Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28